

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JOHN HOSKINGS,

vs.

PAT L. VASQUEZ,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-05-1430 OWW/SMS HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

__X__ Granted for the following reason: RE WHETHER CALIFORNIA PENAL CODE SECTION 3041 GRANTS A PRISONER MORE THAN A POSSIBILITY OF PAROLE. SEE In re Dannenberg (2005) 34 Cal. 4th 1061, 1087 and Mc Quillon v. Duncan, 306 F.3d 895 (9th Cir. 2002).

_____ Denied for the following reason: NO RIGHT TO PAROLE UNDER STATE LAW PER CALIFORNIA SUPREME COURT. NO PROTECTABLE LIBERTY INTEREST.

Dated: 7-19-06

OLIVER W. WANGER
United States District Judge