IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HOSKINGS, | 1:05-cv-01430-OWW-SMS (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR A THIRTY-DAY EXTENSION OF TIME TO FILE ANSWER |
| vs. | |
| PAT L. VASQUEZ, | (DOCUMENT #27) |
| Respondent. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On October 4, 2007, respondent filed a motion to extend time to file an answer to the petition.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file an answer.

IT IS SO ORDERED.

**Dated:    October 24, 2007**                         **/s/ Sandra M. Snyder**
                                                   UNITED STATES MAGISTRATE JUDGE