1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                            EASTERN DISTRICT OF CALIFORNIA

10

11  JOHN HOSKINGS,                          1:05-cv-01430-OWW-SMS (HC)

12           Petitioner,                    ORDER GRANTING PETITIONER'S
                                            REQUEST FOR EXTENSION OF TIME
13      vs.                                 TO FILE TRAVERSE

14  PAT L. VASQUEZ,                         (DOCUMENT #32)

15           Respondent.                    (30) THIRTY DAY DEADLINE

16  _____/

17          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18  U.S.C. § 2254.  On December 26, 2007, petitioner filed a motion to extend time to file traverse.

19  Good cause having been presented to the court and GOOD CAUSE APPEARING

20  THEREFOR, IT IS HEREBY ORDERED that:

21          Petitioner is granted thirty days from the date of service of this order in which to file

22  traverse.

23

24  IT IS SO ORDERED.

25  **Dated:    January 10, 2008**            _____/s/ Sandra M. Snyder_____
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28